I applaud the majority for its decision to affirm the trial court in its denial of appellant's *Page 681 
habeas corpus petition and to overrule the incorrect holding ofMiller v. City of Dothan, 670 So.2d 509 (Ala.Cr.App. 1995).
As the author of the dissent in Miller, I am pleased that we have the opportunity to rectify the faulty Analysis in Miller. As I stated in my dissent, quoting Judge Taylor in Peoples v. State,439 So.2d 774 (Ala.Cr.App. 1983):
 "To hold otherwise would invite probationers to leave . . . until after the term of their probation and then return here with impunity. Certainly such a result was not intended."
439 So.2d at 776.